**No. 11-6446. David Donis, Sr., Petitioner v. Colorado.**

565 U.S. 1017, 132 S. Ct. 557, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 7953.

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 11-6462. Kenneth Klym, Petitioner v. Bernard Warner, Secretary, Washington Department of Corrections, et al.**

565 U.S. 1017, 132 S. Ct. 557, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 8035.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 585.

**No. 11-6490. Michael B. Demoe, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.**

564 U.S. 1018, 132 S. Ct. 558, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 7933.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6510. Carl Brogli, Petitioner v. Oregon.**

565 U.S. 1018, 132 S. Ct. 558, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 7996.

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 240 Or. App. 464, 248 P.3d 451.

**No. 11-6511. Richard D. Bassett, Petitioner v. California.**

565 U.S. 1018, 132 S. Ct. 558, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 7941.

November 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 11-6560. Marcus Weatherspoon, Petitioner v. E.K. McDaniel, Warden.**

565 U.S. 1018, 132 S. Ct. 558, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 8062.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 439 Fed. Appx. 660.

**No. 11-6578. Jammie Lee Prince, Petitioner v. Colorado.**

565 U.S. 1018, 132 S. Ct. 559, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 7969.

November 7, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 11-6612. Benjamin Sifrit, Petitioner v. John A. Rowley, Warden, et al.**

565 U.S. 1018, 132 S. Ct. 559, 181 L. Ed. 2d 403, 2011 U.S. LEXIS 7954.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 438 Fed. Appx. 173.